Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−16025−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alberto Harris
   1239 Cameron Ave
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−0402

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:   
Alberto Harris  
     Debtor

Case No. 17-16025-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 13, 2017  
                      Form ID: 148    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.
```
db             +Alberto Harris,    1239 Cameron Ave,    Plainfield, NJ 07060-2921
516727753      +Joseph Rak,    PO Box 505,    East Brunswick, NJ 08816-0505
516727754      +KML Law Group, P.C.,    216 Haddon Ave Suite 406,    Collingswood, NJ 08108-2812
516727755      +LaSalle Bank National Association,    135 South LaSalle Street,    Suite 1825,
                 Chicago, IL 60603-4820
516727757     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissn Inf Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
516727756      +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516864557     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516727758      +Somerset County Special Civil Part,    40 N Bridge St,    Somerville, NJ 08876-2111
516727759      +Sps,    Po Box 65250,    Salt Lake City, UT 84165-0250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2017 22:19:21    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2017 22:19:17    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516727747       EDI: GMACFS.COM Jun 13 2017 21:53:00    Ally,    PO Box 380903,    Bloomington, MN 55438-0903
516727748      +EDI: RMCB.COM Jun 13 2017 21:53:00    Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
516727749       EDI: CCS.COM Jun 13 2017 21:53:00    Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
516727751       EDI: IRS.COM Jun 13 2017 21:53:00    Internal Revenue Service,    44 South Clinton Ave,
                 Trenton, NJ 08601
516865810      +EDI: AIS.COM Jun 13 2017 21:53:00    Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516727752*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Services,    P.O. Box 9052,
                 Andover, MA 01810-9052)
516727750*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
```
          Denise E. Carlon   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns
           Asset Backed Securities I LLC, Asset-Backed Certifi dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Yakov Rudikh    on behalf of Debtor Alberto  Harris yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                              TOTAL: 4
```